RECEIVED

JUL 2 9 2009

TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGE LARRY MYERS** | *CIVIL ACTION NO. 08-0168 |
| VS. | *JUDGE DOHERTY |
| **BP AMERICA, INC., ET AL.** | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the defendants' Motion for Partial Summary Judgement [rec. doc. 167] is **granted**. Accordingly, the **plaintiff's request to certify** this matter as a **class action** is **denied.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of July, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE